## State of Connecticut *v.* Victor Holloway
## (9868)

Dupont, C. J., O'Connell and Heiman, Js.

Argued September 30—decision released October 29, 1991

*Ralph C. Crozier,* with whom, on the brief, was *Allan Friedman,* law student intern, for the appellant (defendant).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *Mary Galvin,* state's attorney, and *Frank McQuade,* senior assistant state's attorney, for the appelle (state).

Per Curiam. The state concedes that the trial court lacked jurisdiction to order the defendant's property forfeited because of the state's failure to initiate proper proceedings under the drug forfeiture statute. General Statutes § 54-36a et seq.

The judgment is reversed and the case is remanded with direction to grant the defendant's motion for the return of the seized property.